UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE SMITH,                                       Case No. 2:10-cv-13470

    Plaintiff,                                              Honorable Patrick J. Duggan

v

                                                              Magistrate Judge Mark A. Randon

CO/OP OPTICAL SERVICES, INC.,
a Michigan non-profit corporation,

    Defendant.                                                       /

## APPEARANCE

Wayne Walker of the law firm of Williams, Williams, Rattner & Plunkett, P.C. hereby enters his Appearance as counsel for Defendant Cooperative Optical Services, Inc. (incorrectly identified as Co/Op Optical Services, Inc.).

    Respectfully submitted,
    WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, PC

    */s/ Wayne Walker*
    Wayne Walker (P51290)
    380 North Old Woodward Avenue, Suite 300
    Birmingham, MI  48009
    248.642.0333
    wew@wwrplaw.com
    Attorneys for Defendant

Date: September 8, 2010

## CERTIFICATE OF SERVICE

Wayne Walker hereby certifies that on September 8, 2010, he served his Appearance of counsel on behalf Defendant Cooperative Optical Services, Inc. using the ECF system which will send notification to counsel of record.

    Respectfully submitted,
    WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, PC

    */s/ Wayne Walker*
    Wayne Walker (P51290)
    380 North Old Woodward Avenue, Suite 300
    Birmingham, MI  48009
    248.642.0333
    wew@wwrplaw.com
    Attorneys for Defendant

00535888