UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JACQUELINE SMITH

                Plaintiff(s),                Case No.  2:10-CV-13470-PJD-MAR

v.                                              Judge  Patrick J. Duggan

CO/OP OPTICAL SERVICES, INC.        Magistrate Judge  Mark A. Randon

                Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Defendant Cooperative Optical Services, Inc.

makes the following disclosure:  (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date:  September 8, 2010                /s/ Wayne Walker

                                            P51290
                                            Williams, Williams, Rattner & Plunkett, P.C.
                                            380 N. Old Woodward Avenue
                                            Suite 300
                                            Birmingham, MI  48009
                                            248.642.0333
                                            wew@wwrplaw.com