AO 440 (Rev. 12/09) Summons In a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Jacqueline Smith,

*Plaintiff,*

v.

Case No. 2:10-cv-13470-PJD -MAR
Hon. Patrick J Duggan

Co/op Optical Services, Inc.,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Co/op Optical Services, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jesse L. Young
> 2000 Town Center
> Suite 900
> Southfield, MI
> 48075-1100

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ S. Schoenherr
   *Signature of Clerk or Deputy Clerk*



Date of Issuance: September 2, 2010

AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:10-cv-13470-PJD -MAR
Hon. Patrick J Duggan

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Co/op Optical Services, Inc.

Date of Service: September 2, 2010

## Method of Service

\_\_\_\_ Personally served at this address:

\_\_\_\_ Left copies at defendant's usual place of abode with (name of person):

__X__ Other (specify):
Certified Mail/Return Receipt (7160 3901 9849 6762 1489)
Co/op Optical Services, Inc. c/o Mr. Benjamin Edwards, 2424 East Eight Mile Road; Detroit, Michigan 48234

\_\_\_\_ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Annette M. DeCoste

Signature of Server: *Annette M DeCoste*

Date: September 2, 2010

Server's Address: 2000 Town Center, Suite 900
Southfield, Michigan 48075

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 7160 3901 9849 6762 1489 | A. Received by (Please Print Clearly) *Naimald Brats* | B. Date of Delivery 9-3-10 |
| | C. Signature X *Noluca Poats* | ☐ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | | |
| 1. Article Addressed to: Mr. Benjamin Edwards Co/op Optical Services, Inc. 2424 East Eight Mile Road Detroit, Michigan  48234 | | |

PS Form 3811, January 2005         Domestic Return Receipt

LAW OFFICES



**SOMMERS SCHWARTZ**

PROFESSIONAL CORPORATION

JESSE L. YOUNG
Attorney at Law
(248) 746-4027
Fax (248) 936-2138
jyoung@sommerspc.com

September 2, 2010

Mr. Benjamin Edwards
Co/op Optical Services, Inc.
2424 East Eight Mile Road
Detroit, Michigan  48234

Certified Article Number
7160 3901 9849 6762 1489
SENDERS RECORD

RE: Jacqueline Smith v Co/op Optical Services, Inc.
U.S. District Court No. 10-cv-13470-PJP

Dear Mr. Edwards:

Enclosed please find a copy of the Summons, Complaint and Demand for Jury Trial which have been filed in the Wayne County Circuit Court relative to this matter.

Sincerely,

SOMMERS SCHWARTZ, P.C.

JESSE L. YOUNG

JLY/amd
Enclosure