UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jacqueline Smith,

           Plaintiff(s),

v.                                       Case No. 2:10–cv–13470–PJD –MAR
                                                  Hon. Patrick J Duggan

Co/op Optical Services, Inc.,

           Defendant(s).

_____

**NOTICE TO APPEAR**

    You are hereby notified to appear before the Honorable Patrick J Duggan, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  October 13, 2010 at 02:15 PM

**Certification**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                                    By: s/ M. Orem
                                                         Case Manager

Dated:   September 27, 2010