UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE SMITH,

    Plaintiff,

vs.

Case No. 2:10-cv-13470-PJD-MAR
District Judge Patrick J. Duggan

CO/OP OPTICAL SERVICES, INC.,
a Michigan non-profit corporation,

    Defendant.
_____/

| | |
|---|---|
| DANIEL D. SWANSON (P29288) | MARY PATRICIA CAULEY (P38548) |
| JESSE L. YOUNG (P72614) | GARY W. FRANCIS (P64748) |
| SOMMERS SCHWARTZ, P.C. | PLUNKETT COONEY |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2000 Town Center, Suite 900 | 38505 Woodward Ave., Suite 2000 |
| Southfield, MI 48075 | Bloomfield Hills, MI 48304 |
| (248) 355-0300 | (248) 901-4000 |
| dswanson@sommerspc.com | mcauley@plunkettcooney.com |
| jyoung@sommerspc.com | gfrancis@plunkettcooney.com |

_____/

## **STIPULATION FOR SUBSTITUTION OF COUNSEL**

    IT IS HEREBY STIPULATED AND AGREED that Mary P. Cauley and Gary W. Francis of the law firm of Plunkett Cooney be substituted for Wayne Walker of the law firm of Williams, Williams, Rattner & Plunkett PC, as attorney for Defendant, Co/Op Optical Services, Inc., in the above-entitled cause of action.

| | |
|---|---|
| /s/ Mary P. Cauley | /s/ Wayne Walker (w/consent) |
| Mary P. Cauley (P38548) | Wayne Walker (P51290) |
| Plunkett Cooney | Williams, Williams, Rattner & Plunkett PC |
| 38505 Woodward Ave., Suite 2000 | 380 N. Old Woodward Ave., Suite 300 |
| Bloomfield Hills, MI 48304 | Birmingham, MI 48009 |
| (248) 901-4000 | (248) 642-0333 |
| mcauley@plunkettcooney.com | wew@wwrplaw.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE SMITH,
    Plaintiff,

vs.

Case No. 2:10-cv-13470-PJD-MAR
District Judge Patrick J. Duggan

CO/OP OPTICAL SERVICES, INC.,
a Michigan non-profit corporation,
    Defendant.
_____/

## ORDER FOR SUBSTITUTION OF COUNSEL

    At a session of said Court, held in the City of Detroit,
State of Michigan, on September 28, 2010.

    PRESENT: PATRICK J. DUGGAN
                       United States District Court Judge

    Upon reading and filing the attached Stipulation and the Court being duly advised in the premises;

    IT IS HEREBY ORDERED that Mary P. Cauley and Gary W. Francis of the law firm of Plunkett Cooney be substituted for Wayne Walker of the law firm of Williams, Williams, Rattner & Plunkett PC, as attorney for Defendant, Co/Op Optical Services, Inc., in the above-entitled cause of action.

                s/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated: September 28, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2010, by electronic and/or ordinary mail.

                s/Marilyn Orem
                Case Manager