UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JACQUELINE SMITH,

        Plaintiff(s),                     Case No. 10-cv-13470

v.                                          Judge Patrick J. Duggan

Co/op Optical Services, Inc.,

        Defendant(s).
_____/

## NOTICE OF ERROR DIRECTED TO
## Mary P. Cauley

Document number __12__, filed on __10/27/2010__ was reviewed and the following error was found:

☐ Docket entry was made on the wrong case. ***Document was stricken and must be refiled***.

☐ Wrong or incomplete PDF image was uploaded. ***Document was stricken and must be refiled.***

☐ Document is a complaint combined with a motion for preliminary relief, or a response or reply to a motion combined with a counter-motion. ***Document was stricken. Separate documents must be refiled.***

☐ Document is a response or objection to a presentence report or a criminal witness list. ***Document was stricken.***

☑ Document is discovery or a disclosure under Fed. R. Civ. P. 26(a)(1), or a certificate of service thereof. ***Document was stricken.***

☐ PDF image contains an advertisement. ***Document was stricken and must be refiled.***

☐ Parties listed on the initiating document were omitted. ***Use docket event Addition of Parties to correct.***

☐ Other:

Disciplinary action will be imposed if errors continue to occur in this or other cases where counsel is listed as the attorney of record.

### Certificate of Service

I hereby certify that the parties and/or counsel of record were served with a copy of this notice.

DAVID J. WEAVER, CLERK OF COURT

Date: October 27, 2010                 By: s/Barbara K. Socia
                                                                      Deputy Clerk