## INDEX OF EXHIBITS

| | |
|---|---|
| A | Complaint |
| B | *Cutting v. Ferrous Processing & Trading Co.* |
| C | Deposition of Jacqueline Smith |
| D | Deposition of Raymond Murphy (partial transcript) |
| E | *Garcia v. Renaissance Global Logistics, LLC* |
| F | Deposition of Marc Stepp (partial transcript) |
| G | Deposition of Bernice Adams (partial transcript) |
| H | Deposition of Robert Morris (partial transcript) |
| I | Deposition of Blair McGowan (partial transcript) |
| J | Deposition of LaChandra White (partial transcript) |
| K | February 3, 2010 e-mail |
| L | Deposition of Janna Garrison (partial transcript) |
| M | Deposition of James Neblett (partial transcript) |
| N | *Gipson v. Vought Aircraft Industries, Inc.* |
| O | Co/op Harassment Policy |
| P | Broder Letter |
| Q | *Forth v. Kroger Co.* |

Open.17606.02988.10771422-1