EXHIBIT K

**Matt Groen**

| | |
|---|---|
| **From:** | Armida Parisi |
| **Sent:** | Wednesday, February 03, 2010 2:22 PM |
| **To:** | Melvin Evans; Tom W. Dick; Ethelle King; Valerie James; Christell Jones; Matt Groen; Temeng Darko |
| **Cc:** | Ben Edwards; Jackee Smith |
| **Subject:** | Jackee Smith on vacation |
| **Attachments:** | image001.emz; oledata.mso |

Jackee Smith will be taking a two week vacation.  Per Jackee Smith and the Board of Directors, Ben Edwards, Vice-President of Operations will be Acting CEO and President of Co/op Optical.  Please provide Mr. Edwards with your assistance during this time.

*Armida Parisi*
*Executive Assistant to the*
*President/CEO*
*2424 E. Eight Mile*
*Detroit, Michigan 48234*
*Phone: 313-369-3043*
*Fax: 313-369-3071*

☒

8/2/2010



SMITH-CO001543
CONFIDENTIAL