EXHIBIT L

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

JAQUELINE SMITH,

Plaintiff,

vs. No. 2:20-cv-13470-PJD-MAR

CO/OP OPTICAL SERVICES, INC.,
a Michigan corporation,

Defendant.

_________________________________/

The deposition of JANNA GARRISON, taken before Suzanne M. McGovern, CSR 2655, Notary Public for Oakland County, at 38505 Woodward Avenue, Suite 2000, Bloomfield Hills, Michigan, on Tuesday, January 25, 2011, at approximately 12:10 p.m.

APPEARANCES:

JESSE L. YOUNG, ESQ.
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, Michigan 48075

Appearing on behalf of the Plaintiff

terminated. Can I go back?
Q. Yeah. You're fine. Go ahead.
A. You asked me about had I ever -- did Ted ever lie to the board. Let me go back.
Q. Okay.
A. When that question had come up regarding did you ever share that document with Jackee, prior to that those in attendance had voted to terminate Jackee and they had drafted a letter and both Ray and Marc had signed it. I refused. I said this is nothing but a bunch of allegations and you're about to walk her out this door and we are union people and if these are the things we have fought our entire lives for -- and they signed it. After Ted said that and we probably excused him, we were in there together, they tore that letter up and then we went on to investigate, but they were about to take action, minus my signature, because I refused to sign it because I would not sign it. So that you should know.
Q. Okay. Anything else you want to add?
A. No, that's it.
Q. Okay. I have no more questions.

EXAMINATION

BY MS. CAULEY:

Q. Ms. Garrison, when was that meeting, the best you can do, the one you just described where the board voted to terminate her and then they tore up the letter?
A. And I don't know if it was the board or the officers or the committee. It was the day that -- the day that I asked Ted the question did you share the document with Jackee.
Q. Okay.
A. It was that meeting, so that had to have been --
Q. Would it have been in December?
A. It had to have been in December.
Q. Okay.
A. It was right way.
Q. Okay.
A. It may even have been December 8th.
Q. That's okay. All right.
A. Right.
Q. A couple more questions. Did you ever learn of any facts that would support a conclusion that Miss Smith was terminated because she took FMLA leave?
A. No. I do not believe Jackee was terminated because she was on FMLA.
Q. Did you ever become aware of any facts to support

a conclusion that Miss Smith was terminated because she was a woman?
A. No. I do not think Jackee was terminated because she was a woman.
Q. Okay. Thank you. That's all.

MR. YOUNG: I don't have any more questions.

THE WITNESS: Okay.

MS. CAULEY: You're done.

MR. YOUNG: Thank you.

(Whereupon the deposition concluded at approximately 1:26 p.m.)

CERTIFICATION

STATE OF MICHIGAN)
) SS
COUNTY OF OAKLAND)

I, Suzanne M. McGovern, a Notary Public in and for Oakland County, State of Michigan, do hereby certify that the foregoing deposition was taken before me at the time and place hereinbefore set forth; that prior to the taking of said deposition the said deponent was duly placed under oath and that said deposition was duly recorded by me stenographically and later reduced to typewritten form.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties or attorneys.

Suzanne M. McGovern, CSR 2655
Notary Public, Oakland County, MI
My Commission Expires: 2-4-14