# EXHIBIT O

### Harassment

The Company expects all employees to accomplish their work in a businesslike manner, with a concern for the well-being of their co-workers. Any harassment of employees by fellow employees is not permitted, regardless of their working relationship.

Specifically forbidden is harassment of a sexual, racial, ethnic, or religious nature. Such harassment includes, but is not limited to, unsolicited remarks, gestures, or physical contact; display or circulation of written materials or pictures derogatory to either gender or to racial, ethnic, or religious groups; or basing personnel decisions on an employee's response to sexually oriented requests. Any employee who experiences conduct of this sort should bring it to the attention of his or her supervisor, department head, Human Resources Department or to a member of the Executive Staff.

Sexual harassment in any situation is reprehensible and will not be tolerated. Sexual harassment is a form of sex discrimination prohibited by Title IX (students) of the Educational Amendments of 1972 and Title VII (employees) of the Civil Rights Act of 1964. Sexual harassment of employees is defined as any unwelcome sexual advances, unwelcome requests for sexual favors, or other unwelcome verbal or physical conduct of a sexual nature. It takes two legal shapes:

### Office Rules

Whenever people work together in a group, it is necessary to have rules and regulations to protect all employees, to provide a harmonious working environment, to ensure an orderly operation, and to make sure that everyone does his/her share and has an equal opportunity. Employees who do not observe the rules and regulations will subject themselves to the following disciplinary action.

### RULES – MAJOR

A violation of any of the following Company rules will result in immediate suspension and/or discharge.

1. Assaulting, threatening, intimidating, coercing, interfering with employees or supervision, or creating a disruption in the workplace.
2. Theft or misappropriation of property of employees, or the Company, or in the Company's custody.
3. Sabotage or deliberate destruction of any property belonging to the Company, its employees, or in the Company's custody.
4. Use, possession, distribution, sale, or offering for sale of narcotics, dangerous drugs, or alcohol, including marijuana or any hallucinogenic agents, on Company property at any time. Reporting to work under the influence of narcotics, dangerous drugs, or alcohol. Possession of weapons on Company property at any time.
5. Treating a patient, member, or public in a disrespectful or discourteous manner.

SMITH-CO002949
CONFIDENTIAL