UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL 10-13470

SMITH V. CO/OP OPTICAL SERVICES

**NOTICE REGARDING MOTION PRACTICE**

The following motion(s) has been filed with the Court:
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT&/OR TO DISMISS

The Court reminds counsel and the parties of the provisions of Local Rule 7.1, particularly 7.1(e) which provides:

Briefing Schedule.
 (1) Dispositive Motions.
  (A) Dispositive motions are:
   for injunctive relief,
   for judgment on the pleadings,
   for summary judgment
   to dismiss or quash an indictment or information
   made by a defendant,
   to suppress evidence in a criminal case,
   to certify or decertify a class,
   to dismiss for failure to state a claim upon which relief
   can be granted, and
   to involuntarily dismiss an action.

  (B) <u>A response to a dispositive motion must be filed within 21 days</u> after service of the motion.

  (C) If filed, <u>a reply brief supporting a dispositive motion must be filed within 14 days</u> after service of the response, but not less than 3 days before oral argument.

 (2) Nondispositive Motions:
  (A) Nondispositive motions are motions not listed in LR7.1(d)(1)(A).

  (B) <u>A response to a nondispositive motion must be filed within 14 days</u> after service of the motion.

  (C) If filed, <u>a reply brief supporting a nondispositive motion must be filed within 7 days</u> after service of the nondispositive response, but not less than3 days before oral argument.