UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE SMITH,

      Case No.: 2:10-cv-13470

    Plaintiff,

v.      Honorable Patrick J. Duggan

CO/OP OPTICAL SERVICES, INC.,      Magistrate Judge Mark A. Randon
a Michigan non-profit corporation,

    Defendant.
_____/

## STIPULATED ORDER FOR DISMISSAL

Based upon the stipulation of the parties hereto, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Plaintiff's actions as to Co/Op Optical Services, Inc., Case No. 2:10-cv-13470, currently pending before the United States District Court for the Eastern District of Michigan, is dismissed with prejudice and without cost to either party.

**IT IS SO ORDERED**.

      s/Patrick J. Duggan
      Patrick J. Duggan
      United States District Judge

Dated: June 3, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Friday, June 03, 2011, by electronic and or ordinary mail.
      s/Marilyn Orem
      Case Manager

| **Approved as to substance and form**: | /s/  Gary W. Francis (P64748) |
|---|---|
| /s/  Jesse L. Young (P72614) | Mary P. Cauley (P38548) |
| Daniel D. Swanson (P29288) | Gary W. Francis (P64748) |
| Jesse L. Young (P72614) | Plunkett Cooney |
| Sommers Schwartz, P.C. | 38505 Woodward Ave., Suite 2000 |
| 2000 Town Center, Suite 900 | Bloomfield Hills, MI 48304 |
| Southfield, MI 48075 | (248) 901-4000 |
| (248) 355-0300 | mcauley@plunkettcooney.com |
| dswanson@sommerspc.com | gfrancis@plunkettcooney.com |
| jyoung@sommerspc.com | |